1  Peter Singh, Esq. (#183686)
   **PETER SINGH & ASSOCIATES, P.C.**
2  The Historical Romain Building
   2055 San Joaquin Street
3  Fresno, California 93721
   Telephone (559) 256-9800
4  Facsimile (559) 256-9792

5  Attorney for: JUAN ARTEAGA-HUERTA, Defendant

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, </br> Plaintiff, </br> v. </br> **JUAN ARTEAGA-HUERTA,** </br> Defendant. | Case No. 1:11-CR-00218-001-AWI </br></br> **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** </br></br> Date: 09/06/2011 </br> Time: 9:00a.m. </br></br> *Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for September 6, 2011, at 9:00a.m., **may be continued to October 17, at 9:00 a.m.**

The grounds for the continuance is a conflict in defense attorney's schedule and calendar. defense counsel has a Sentencing and Sentencing Memorandum Hearing scheduled in the United States District Court, Southern District Of California on September 6, 2011 at 2:00 p.m.

///
///
///
///

1
2    The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
3    and 3161 (B)(ii)(iv).
4    Dated: August 23, 2011            Respectfully Submitted by:
5                                       PETER SINGH & ASSOCIATES, P.C.
6
7                                       By:    /s/ Peter Singh
8                                         PETER SINGH,
9                                         Attorney for JUAN ARTEAGA-HUERTA
10
11   Dated: August 23, 2011            Attorney's Office, Eastern District Of California
12
13                                       By:    /s/Kimberly Sanchez
14                                         KIMBERLY SANCHEZ
15                                         Assistant U.S. Attorney
16
17       E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly
18
19   Sanchez has concurred in this filing.
20   DATED: August 23, 2011            PETER SINGH & ASSOCIATES
21
22                                       By:    /s/ Peter Singh
23                                         PETER SINGH
                                           Attorney for JUAN ARTEAGA-HUERTA
24
25
26
27
28
                              JOINT STIPULATION  AND ORDER TO CONTINUE STATUS CONFERENCE
                                            2                CASE NO.1:11-CR-00218-001-AWI

1
2

**ORDER**

3
4
5

   **IT IS SO ORDERED,** the Status Conference currently set for September 6, 2011 at 9:00 a.m. is now set for **October 17, 2011 at 9:00 a.m.**  Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

6
7

IT IS SO ORDERED.

8

Dated:   August 23, 2011

9

_____
CHIEF UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28