Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**JUAN ARTEAGA-HUERTA,**<br>　　　　Defendant. | Case No. 1:11-CR-00218-001-AWI<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: 10/31/11<br>Time: 9:00a.m.<br><br>*Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for October 31, at 9:00a.m., **may be continued to December 19, at 9:00 a.m.**

The grounds for the continuance is to allow time for defense counsel to explore the Plea deal and speak with Mr. Arteaga-Huerta.

///
///
///
///
///
///

JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
CASE NO.1:11-CR-00218-001-AWI
1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: October 26, 2011        Respectfully Submitted by:

                                       PETER SINGH & ASSOCIATES, P.C.

                                       By:     /s/ Peter Singh
                                          PETER SINGH,
                                          Attorney for JUAN ARTEAGA-HUERTA

Dated: October 26, 2011        Attorney's Office, Eastern District Of California

                                       By:     /s/Kimberly Sanchez
                                          KIMBERLY SANCHEZ
                                          Assistant U.S. Attorney

<u>E-Filing Attestation:</u> I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: October 26, 2011        PETER SINGH & ASSOCIATES

                                       By:     /s/ Peter Singh
                                          PETER SINGH
                                          Attorney for JUAN ARTEAGA-HUERTA

**ORDER**

   **IT IS SO ORDERED,** the Status Conference currently set for October 26, 2011 at 9:00 a.m. is now set for **December 19, 2011 at 9:00 a.m.**  Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated:   October 26, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE