Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>     Plaintiff,<br><br>    v.<br><br>**JUAN ARTEAGA-HUERTA,**<br>     Defendant. | Case No. 1:11-CR-00218-001-AWI<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: 1/30/12<br>Time: 9:00a.m.<br>Dept.: 2<br><br>*Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for January 30, 2012 at 9:00a.m., **may be continued to February 6, 2012, at 9:00 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar and to allow sufficient time for defense attorney to explore the Plea deal and speak with his client, Juan Arteaga-Huerta.

///
///
///
///

JOINT STIPULATION  AND ORDER TO CONTINUE STATUS CONFERENCE
CASE NO.1:11-CR-00218-001-AWI
1

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
3  and 3161 (B)(ii)(iv).

4  Dated: December 23, 2011     Respectfully Submitted by:
5                               PETER SINGH & ASSOCIATES, P.C.

7                               By:     /s/ Peter Singh
8                                  PETER SINGH,
9                                  Attorney for JUAN ARTEAGA-HUERTA

11 Dated: December 23, 2011     Attorney's Office, Eastern District Of California

13                              By:     /s/Kimberly Sanchez
14                                 KIMBERLY SANCHEZ
15                                 Assistant U.S. Attorney

17     E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being
18 used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly
19 Sanchez has concurred in this filing.

20 DATED: December 23, 2011     PETER SINGH & ASSOCIATES

22                              By:     /s/ Peter Singh
23                                 PETER SINGH
                                   Attorney for JUAN ARTEAGA-HUERTA

JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
2
CASE NO.1:11-CR-00218-001-AWI

# ORDER

**IT IS SO ORDERED,** the Status Conference currently set for January 30, 2012 at 9:00 a.m. is now set for **February 6, 2012 at 9:00 a.m.**  Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated:     December 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE