Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 1:11-CR-00218-001-AWI** |
| **Plaintiff,** | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| **v.** | |
| **JUAN ARTEAGA-HUERTA,** **Defendant.** | **Date: 1/30/12** **Time: 9:00a.m.** **Dept.: 2** |
| | ***Honorable Anthony W. Ishii, Presiding*** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for February 6, 2012 at 9:00a.m., **may be continued to February 13, 2012, at 9:00 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: January 23, 2012

Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.

By: /s/ Peter Singh

PETER SINGH,

Attorney for JUAN ARTEAGA-HUERTA

Dated: January 23, 2012

Attorney's Office, Eastern District Of California

By: /s/Kimberly Sanchez

KIMBERLY SANCHEZ

Assistant U.S. Attorney

E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: January 23, 2011 PETER SINGH & ASSOCIATES

By: /s/ Peter Singh

PETER SINGH

Attorney for JUAN ARTEAGA-HUERTA

**ORDER**

**IT IS SO ORDERED,** the Status Conference currently set for January 30, 2012 at 9:00 a.m. is now set for **February 13, 2012 at 10:00 a.m.** (Please note time change) Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated: January 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE